JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMONDSTAR ENTERTAINMENT HOLDINGS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>THH, LLC, et al.,<br><br>　　Defendants. | Case No. 8:21-cv-01150-KES<br><br>**JUDGMENT** |

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to the Court's Findings of Fact and Conclusions of Law (Dkt. 84) judgment is entered as follows:

　　1.　Judgment is entered in favor of Plaintiff and against Defendant THH, LLC on the claims for breach of contract and breach of the implied warranty of merchantability, entitling Plaintiff to damages in the amount of $49,568.00.

　　2.　Judgment is entered in favor of Defendant Zielomski and against Plaintiff on all of Plaintiff's claims against Defendant Zielomski.

3. Judgment is entered in favor of Defendant THH, LLC and against Plaintiff on Plaintiff's claims for breach of express warranty, breach of the implied covenant of good faith and fair dealing, and negligent interference with prospective economic relations against Defendant THH, LLC.

4. Plaintiff's Unfair Competition Law claim is dismissed without prejudice for lack of equitable jurisdiction.

The Court retains jurisdiction to make such further orders as may be proper or necessary to effectuate the provisions of this judgment.

DATED: November 29, 2022   _____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE